**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02293-REB-KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SHAWN A. SCHNORR,

      Defendant.

---

**CONSENT JUDGMENT**

---

Blackburn, J.

      Pursuant to the **Complaint** [#1],[1] filed August 19, 2014, by plaintiff United States of America against defendant Shawn A. Schnorr in the above-captioned case:

      **IT IS HEREBY ORDERED** that Shawn A. Schnorr is liable to plaintiff United States in the total sum of **thirty-two thousand eight hundred eighty dollars (\$32,880.00)**, with each party to bear its own costs.

      Dated January 29, 2015, at Denver, Colorado.

      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#1]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**APPROVED AS TO FORM AND CONTENT**:

s/ Shawn A. Schnorr
SHAWN A. SCHNORR
209 Charmony Place
Sterling, CO 80751
schnorrs87@gmail.com

*Pro Se* Defendant

JOHN F. WALSH
United States Attorney

s/ Amanda Rocque
AMANDA ROCQUE
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
Email: Amanda.Rocque@usdoj.gov

Attorneys for Plaintiff
United States of America